In the matter of CARLTON-STREET, in the city of Brooklyn.

In street cases, it is a matter of course to grant a *certiorari*, after confirmation oft report of the commissioners of estimate and assessment, where the object of t party is to remove the proceedings into the court for the correction of errors.

*J. L. Wendell* moved for the allowance of a *certiorari*, to be directed to this court, acting as *commissioners* on the motion to confirm the report of the commissioners of estimate and assessment in the above entitled matter, as preparatory to the suing out of a writ of error, to remove the proceedings into the court for the correction of errors.

*M. T. Reynolds* was proceeding to oppose the motion, on the ground, that there were no errors to be corrected, but was stopped by

Mr. Justice COWEN, who observed, that on a motion of this kind, the decision of the court on the confirmation of the report would not be reviewed ; that the *certiorari* being asked for the purpose avowed, it was a matter of course to grant it, the proceeding being in substance the same as drawing up a case in a subordinate court for the purpose of enabling a party to prosecute a writ of error, which this court would require to be done.

Motion granted.